

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:        *Jasmine Laura Maynes v. The State of Texas*

Appellate case numbers:     01-18-00354-CR, 01-18-00355-CR & 01-18-00356-CR

Trial court case numbers:   10CR0891, 16CR2585 & 16CR2586

Trial court:                122nd District Court of Galveston County

Party filing motion:        Appellant

It is ordered that the motion for rehearing is **DENIED**.

Judge's signature:        /s/ Russell Lloyd_____
                          ☑ Acting for the Court

The panel consists of Justices Lloyd, Landau, and Countiss.

Date: <u>October 15, 2019</u>